UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: BP p.l.c. SECURITIES LITIGATION | MDL No. 4:10-md-2185 <br><br> Honorable Keith P. Ellison |
| THIS DOCUMENT RELATES TO: <br><br> *Louisiana State Employees' Retirement System v. BP p.l.c., et al.,* <br><br> Civil Action No. 4:14-cv-01087 | |

**MOTION TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that pursuant to Local Rule 83.2 of the Southern District of Texas, the undersigned attorney hereby moves the Court for an order relieving David Kaplan, an attorney admitted *pro hac vice*, as counsel of record for Plaintiffs Louisiana State Employees' Retirement System, Teacher Retirement System of Texas, ING(L) Sicav, ING Bewaar Maatschappij I B.V., ING Fund Management B.V., Norges Bank, Stichting Bewaarneming APG-IS 1, Stichting Depositary APG Developed Markets Equity Pool, Stichting Pensioenfonds ABP, and Stichting tot Bewaring Cordares Subfonds Aandelen Europa Actief Beheer in this action.  Mr. Kaplan is no longer associated with the firm of Bernstein Litowitz Berger & Grossmann LLP as of March 31, 2019, and respectfully requests that he be withdrawn and removed from the Court's docket and service list.  Bernstein Litowitz Berger & Grossmann LLP, through additional counsel of record listed below, will continue to serve as Counsel for Plaintiffs, and all future correspondence and papers in this action should continue to be directed to them.

Dated:  March 29, 2019

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP

By: */s/ David Kaplan*

Jonathan D. Uslaner (admitted *pro hac vice*)
jonathanu@blbglaw.com
David Kaplan (admitted *pro hac vice*)
david.kaplan@blbglaw.com
Richard D. Gluck
rich.gluck@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0700
Fax: (858) 793-0323
-and-
Salvatore Graziano
1251 Avenue of the Americas
New York, NY 10020
Tel:  (212) 554-1409
Fax:  (212) 554-1444 (fax)
dwales@blbglaw.com

Thomas R. Ajamie
AJAMIE LLP
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, TX 77002

*Counsel for Plaintiffs*