## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| *In re BP p.l.c. Securities Litigation* | MDL 2185<br>No. 4:10-md-02185 |
| **This Document Relates to the Following Individual Actions:**<br><br>*Avalon Holdings, Inc., et al.* v. *BP p.l.c., et al.*<br>*Connecticut Retirement Plans & Trust Funds* v. *BP p.l.c., et al.*<br>*DiNapoli* v. *BP p.l.c., et al.*<br>*GIC Private Ltd.* v. *BP p.l.c., et al.*<br>*Louisiana State Employees' Retirement System* v. *BP p.l.c., et al.*<br>*Mondrian Global Equity Fund L.P.* v. *BP p.l.c., et al.*<br>*Virginia Retirement System* v. *BP p.l.c., et al.*<br>*Washington State Investment Board* v. *BP p.l.c., et al.* | No. 4:12-cv-3715<br>No. 4:12-cv-01272<br>No. 4:14-cv-01083<br>No. 4:14-cv-01072<br>No. 4:14-cv-01087<br>No. 4:12-cv-03621<br>No. 4:14-cv-01085<br>No. 4:14-cv-00980<br><br>Honorable Keith P. Ellison |

**This Document Applies to the Following Plaintiffs:**

GIC Private Limited
Lincolnshire County Council
Louisiana State Employees' Retirement System
Metzler Asset Management GmbH (f/k/a Metzler Investment GmbH)
Mondrian International Equity Fund, L.P.
New York State Common Retirement Fund
North Carolina Department of State Treasurer
Public Employees Retirement Association of Colorado
Public School and Education Employee Retirement Systems of Missouri
Teacher Retirement System of Texas
Washington State Investment Board

### MOTION TO COMPEL DISCOVERY RESPONSES

Defendants respectfully move the Court, pursuant to Fed. R. Civ. P. 37(a)(3)(B)(iii), to compel the above-listed Plaintiffs in the above-captioned actions to provide a complete response to Defendants' Second Set of Interrogatories, date June 12, 2019, as set out in the accompanying Memorandum of Law, and supporting declarations and exhibits. For the reasons set forth therein, Defendants respectfully request this Motion be granted.

Dated:  October 17, 2019

OF COUNSEL:

Richard C. Pepperman II (*pro hac vice*)
Marc De Leeuw (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
peppermanr@sullcrom.com
deleeuwm@sullcrom.com

Amanda F. Davidoff (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 956-7500
davidoffa@sullcrom.com

*s/ Thomas W. Taylor*
Thomas W. Taylor
Texas State Bar No. 19723875
S.D. Tex. Bar No. 3906
HUNTON ANDREWS KURTH LLP
600 Travis St., Suite 4200
Houston, Texas  77002
Telephone:  (713) 220-4200
Facsimile:  (713) 220-4285
ttaylor@HuntonAK.com

*Attorney-in-Charge for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Motion has been

served by electronic CM/ECF filing, on this 17th day of October, 2019.


*s/ Thomas W. Taylor*
Thomas W. Taylor