IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LOUISIANA STATE EMPLOYEES' RETIREMENT SYSTEM, *et al.*, <br><br> *Plaintiffs*, <br><br> -v.- <br><br> BP PLC; *et al.*, <br><br> *Defendants*. | MDL No. 10-MD-2185 <br><br> Civil Action No. 4:14-cv-01087 |

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Stipulation of Voluntary Dismissal with Prejudice filed by Plaintiffs Louisiana State Employees' Retirement System, Teacher Retirement System of Texas, NN (L) (f/k/a ING (L)), NN Investment Partners B.V. (f/k/a ING Fund Management B.V.), NNIP Bewaar Maatschappij I B.V. (f/k/a ING Bewaar Maatschappij I B.V.), NN Paraplufonds 1 N.V., Stichting Pensioenfonds ABP, Stichting Depositary APG Developed Markets Equity Pool, Stichting tot Bewaring Cordares Subfonds Aandelen Europa Actief Beheer, Stichting Bewaarneming APG-IS 1 (n/k/a "Stichting Bewaarneming Fondsen DCO 1"), and Norges Bank (collectively, "Plaintiffs"), and Defendants BP, p.l.c., BP America, Inc., BP Exploration & Production, Inc., Anthony B. Hayward, Andrew G. Inglis, Robert A. Malone, David Rainey and Douglas J. Suttles (collectively, "Defendants") in the above-referenced action, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Stipulation of Voluntary Dismissal with Prejudice is GRANTED in all respects and Plaintiffs' claims against Defendants in this action are hereby

DISMISSED with prejudice.

IT IS FINALLY ORDERED that all costs are adjusted against the party incurring the same.

SIGNED at Houston, Texas, on this the 9th day of February, 2021.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE